UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DEREK JULES HENDERSON,** *pro se***,**

    **Plaintiff,**

v.                                        CASE NO:  8:08-CV-725-T-30TBM

**DR. MILLER, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

An Order to Show Cause (Dkt. #6) was entered on June 24, 2008, in this case. Plaintiff was ordered to comply with the provisions of this Court's Order (Dkt. #5) entered on May 19, 2008, related to service of process and also to show cause why this action should not be dismissed for failure to prosecute.  A review of the file indicates that Plaintiff has not filed any type of response to this Court's Orders.  As the Plaintiff has failed to diligently prosecute the above-styled action pursuant to Local Rule 3.10(a), it is therefore

    **ORDERED AND ADJUDGED** as follows:

    1.    This cause is dismissed without prejudice.

    2.    All pending motions are denied as moot.

    3.    The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on July 30, 2008.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished To**:
Counsel/Parties of Record

*F:\Docs\2008\08-cv-725.dismissal.wpd*